PHILIP G. JONES (1748)
Chapter 7 Trustee
1215 South Main Street
Orem, Utah 84058
Telephone: (801) 224-5750

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF UTAH CENTRAL DIVISION

| In re: | Bankruptcy No. 21-20865 |
|---|---|
| STEVEN ARIAS, | Chapter 7 |
| Debtors. | TRUSTEE'S NOTICE OF PROPOSED ABANDONMENT AND OPPORTUNITY TO OBJECT |
| | Judge: HON PEGGY HUNT |

    Philip G. Jones, Trustee of the above-referenced bankruptcy case, hereby gives notice pursuant to 11 USC § 554(a), that he has found the following property to be burdensome to the estate or of inconsequential value to the Estate, and intends to abandon the Estate's interest in a 2013 Ford Explorer.

    Should no objections to the abandonment be filed and served by any party in interest by August 9, 2021, the Trustee will abandon the above-described property. Any objections to this proposed abandonment shall be in writing, accompanied with a notice of hearing before the Court for consideration of the objection, filed with the Court and served upon the Trustee on or before October 7, 2023.

    Any creditor secured in said property is hereby notified that they should take appropriate steps to insure or otherwise protect their interest the property.

DATED this 8th day of July, 2021.

                _/s/_Philip_G._Jones_____
                Philip G. Jones
                Chapter 7 Trustee

United States Bankruptcy Court

District of Utah

In re: Case No. 21-20865-PH
Steven Arias Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2      User: admin      Page 1 of 2
Date Rcvd: Sep 07, 2023      Form ID: pdfmsc      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven Arias, 775 East 200 North, Nephi, UT 84648-1663 |
| 11805957 | + | Cash1Loans, Attn: Bankruptcy Dept, Ste 200, 725 E. Covey Lane, Phoenix, AZ 85024-5640 |
| 11805960 | | Dept of Workforce Services, 620 No. Main Street, Nephi, UT 84648 |
| 11805961 | + | Desert Rock Capital, Inc, PO Box 910985, Saint George, UT 84791-0985 |
| 11805962 | + | Escrow Specialist, 555 East 5300 South #3, Ogden, UT 84405-4509 |
| 11805968 | | Lift Credit, 2314 No. University Avenue, Provo, UT 84604 |
| 11805972 | + | Prime Acceptance Corp, Attn: Bankruptcy, Po Box 768, Sandy, UT 84091-0768 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 11805955 | ^ | MEBN | Sep 07 2023 23:00:18 | Bonneville Bank, Attn: Bankruptcy Department, P.O. Box 400, Provo, UT 84603-0400 |
| 11805958 | | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Sep 07 2023 23:00:00 | CashNet USA, 200 W. Jackson, Ste 2400, Chicago, IL 60606-6941 |
| 11805959 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 07 2023 23:08:27 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 11805964 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 07 2023 23:22:21 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 11805963 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 07 2023 23:08:53 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 11805965 | + | Email/Text: FirstProgressCorrespondence@acttoday.com | Sep 07 2023 23:00:00 | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 11805966 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 07 2023 23:00:00 | Internal Revenue Service, 50 South 200 East, Mail Stop 5114-SLC, Salt Lake City, UT 84111 |
| 11805967 | + | Email/Text: bureauknight@yahoo.com | Sep 07 2023 23:00:00 | Knight Adjustment Bureau, Attn: Bankruptcy, 5525 South 900 East Suite 215, Salt Lake City, UT 84117-3500 |
| 11997956 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 07 2023 23:08:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 11997070 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 07 2023 23:08:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 11805969 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 07 2023 23:21:13 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 11805970 | + | Email/Text: bankruptcy@ncaks.com | Sep 07 2023 23:00:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 11805971 | + | Email/Text: bkclerk@north-american-recovery.com | Sep 07 2023 23:01:00 | North American Recovery, Attn: Bankruptcy, Po |

| Recip ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Box 271014, Salt Lake City, UT 84127-1014 |
| 11805973 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 07 2023 23:21:07 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 12035171 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 07 2023 23:21:13 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 11805974 | + | Email/Text: documentfiling@lciinc.com | Sep 07 2023 23:00:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 11805975 | + | Email/Text: ebn@recoupasset.com | Sep 07 2023 23:00:00 | Timberline Financial I, 369 E State Rd, Pleasant Grove, UT 84062-3616 |
| 11805976 | + | Email/Text: ECMCBKNotices@ecmc.org | Sep 07 2023 23:01:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 11805977 | + | Email/Text: TXBANKRUPT@UTAH.GOV | Sep 07 2023 23:00:00 | Utah State Tax Commission, Bankruptcy Unit, 210 North 1950 West, Salt Lake City, UT 84134-9000 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 11805956 | | Capital Bank N.A., One Church Street, Suite 100, RETURNED MAIL--99999 |
| 11805978 | | Wells Fargo, PO Box 6600431, RETURNED MAIL--99999 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Philip G. Jones tr | trustee@theo7.com PJones2@ecf.axosfs.com |
| Philip G. Jones tr | on behalf of Trustee Philip G. Jones tr trustee@theo7.com PJones2@ecf.axosfs.com |
| Russell C. Skousen | on behalf of Debtor Steven Arias rskousen@skousenlawfirm.com skousen.ecf@gmail.com;c.rr77406@notify.bestcase.com;glowe@skousenlawfirm.com;jfranklin@skousenlawfirm.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 4