Philip G. Jones, (1748)
Chapter 7 Trustee
1215 South Main
Orem, UT 84058
Telephone: (801) 224-5750
Email: Trustee@Theo7.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| In re: | Bankr. No. 21-20865-RKM |
|---|---|
| STEVEN ARIAS , | Chapter 7 |
| Debtor. | Hon. Peggy Hunt |
| **TRUSTEE'S NOTICE OF ABANDONMENT** ||

The Trustee's Notice of Proposed Abandonment and Opportunity of Object dated 10/9/2023 [Docket No. 22] having been served on all parties in interest [see, Docket No. 23] and no timely objection having been filed, Philip G. Jones, Trustee of the above-referenced bankruptcy case, hereby abandons the Estate's interest in a 2013 Ford Explorer.

DATED this 10/9/2023

_/s/_Philip_G._Jones_____
Philip G. Jones
Chapter 7 Trustee